UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL H. PONDER,<br><br>　　　　Plaintiff,<br>v.<br>HANS-PETER WILD,<br><br>　　　　Defendant. | Case No. 2:18-cv-01604-APG-PAL<br><br>ORDER<br><br>(Mot. WD Atty – ECF No. 5) |

This matter is before the court on attorney Donna DiMaggio's Motion to Withdraw as Counsel of Record for Plaintiff (ECF No. 5). The motion represents that counsel has had a breakdown in communication regarding how best to proceed in the litigation making ongoing representation unreasonable and impossible. Ms. DiMaggio therefore seeks leave to withdraw as counsel of record. On information and belief counsel believes plaintiff retained another law firm to effectuate service of summons and complaint. Counsel notified plaintiff of the firm's intent to file this motion via email and certified mail on September 13, 2018.

The deadline for service of the summons and complaint in this matter is November 26, 2018.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Ms. DiMaggio's Motion to Withdraw (ECF No. 5) is **GRANTED**.
2. The plaintiff shall have until **November 5, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice or shall file a notice with the court that he will be appearing in this matter *pro se,* that is, representing himself.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Michael H. Ponder
4045 S. Buffalo Dr., Ste. A101-283
Las Vegas, Nevada 89147

DATED this 5th day of October 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE