# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

MICHAEL H. PONDER,

    Plaintiff,

v.

HANS-PETER WILD,

    Defendant.

Case No. 2:18-cv-01604-APG-PAL

**ORDER DENYING TRANSFER OF CASE**

    Defendant Hans-Peter Wild filed a Notice of Related Case Pursuant to LR 42-1(a) and requested that this case be transferred to District Judge James C. Mahan. ECF No. 19. Judge Mahan previously dismissed a case involving these same parties for lack of personal jurisdiction. *See* Case No. 2:16-cv-2305-JCM-PAL, ECF No. 24. There does not appear to be anything complex or unusual about the jurisdictional issues that defendant Wild apparently wishes to raise in this case. Thus, there would not be a "substantial savings of judicial effort" by assigning the case to Judge Mahan. LR 42-1(a)(3). I have conferred with Judge Mahan about this and he agrees that transfer is inappropriate.

    IT IS THEREFORE ORDERED that defendant Wild's request to assign this case to District Judge Mahan is denied.

    Dated: January 30, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE