JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:   (702) 629-7900
Facsimile:    (702) 629-7925
Email:         jrm@mgalaw.com
                  jag@mgalaw.com
                  djb@mgalaw.com

*Attorneys for Plaintiff Michael H. Ponder*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL H. PONDER, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>HANS-PETER WILD, an individual,<br><br>Defendant. | Case No.: 2:18-cv-01604-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS [ECF NO. 20]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Michael H. Ponder ("Plaintiff"), by and through his attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and defendant Dr. Hans-Peter Wild ("Defendant"), by and through his attorneys of record, the law firm of KOLESAR & LEATHAM, that the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens [ECF No. 20] filed on January 30, 2019, shall be continued through and including **February 21, 2019**. Defendant shall have up to and including **March 7, 2019**, to file any reply to Plaintiff's opposition.

The requested extension is necessary to allow Plaintiff sufficient time to review and

1

appropriately respond to Defendant's motion. This is the parties' first request for an extension and is not intended to cause delay or prejudice to any party.

DATED this 5th day of February, 2019.

**MAIER GUTIERREZ & ASSOCIATES**

 /s/ Danielle J. Barraza
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Michael H. Ponder*

DATED this 5th day of February, 2019.

**KOLESAR & LEATHAM**

 /s/ Aaron R. Maurice
AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
*Attorneys for Defendant Dr. Hans-Peter Wild*

## ORDER

IT IS SO ORDERED.

Dated: February 5, 2019.

**UNITED STATES DISTRICT JUDGE**