AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: amaurice@klnevada.com
bwood@klnevada.com

Attorneys for Defendant,
HANS-PETER WILD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL H. PONDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HANS-PETER WILD, an individual,<br><br>Defendant. | CASE NO. 2:18-cv-01604-APG-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE MARCH 19, 2019 HEARING SET BY ECF NO. 28 (FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant, HANS-PETER WILD and Plaintiff, MICHAEL H. PONDER, by and through their undersigned counsel (collectively the "Parties"), stipulate to reschedule the March 19, 2019 hearing set by ECF No. 28 to March 12, 2019. On February 12, 2019, Defendant HANS-PETER WILD filed a Motion to Stay Discovery ("Motion"). See ECF No. 25. The Court set the Motion for a hearing on March 19, 2019 at 10:30 a.m. ("Hearing"). See ECF No. 28. The Parties stipulate to reschedule the Hearing due to pre-planned travel for a deposition in another case. After conferring, the Parties respectfully request that the Court reschedule the Hearing for any time after 9:00 a.m. on March 12, 2019. To the extent that this mutually agreed-upon date does not work for the Court, the Parties

respectfully request that the Court schedule a call for the purposes of rescheduling the Hearing. This is the first stipulation to reschedule the Hearing.

DATED this 28th day of February, 2019.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Jason R Maier
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Michael H. Ponder*

DATED this 28th day of February, 2019.

**KOLESAR & LEATHAM**

/s/ Aaron R. Maurice
AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendant Dr. Hans-Peter Wild*

**ORDER**

**IT IS ORDERED** that the hearing on the Motion to Stay Discovery (ECF No. 25) currently set for March 19, 2019, is **ADVANCED in date and time** to March 12, 2019, at 11:45 a.m. in Courtroom 3B.

Dated: March 5, 2019

Peggy A. Leen
United States Magistrate Judge